IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

GLUE WILKINS, :
:
    Plaintiff :
:
  v. : CIVIL NO. 4:CV-15-2244
:
JEFFREY HASTE, : (Judge Brann)
:
    Defendant :

## **ORDER**

August 1, 2016

**NOW, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's submissions (Docs. 7 & 8) are construed as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1).

2. Plaintiff's request for voluntary dismissal is accepted and his pending action is **DISMISSED WITHOUT PREJUDICE**.

3. Defendant's motion to dismiss (Doc. 2) is **DISMISSED AS MOOT.**

4. The Clerk of Court is directed to **CLOSE** this case.

5.  If it is **not** Plaintiff's desire to voluntarily dismiss this action, he should file a written notice to that effect with the Court within fourteen (14) days of the date of this Order.  Upon receipt of such a filing by this Court, this matter will be reopened and Defendant's motion to dismiss will be reinstated.

      BY THE COURT:

       s/   Matthew W. Brann
      Matthew W. Brann
      United States District Judge